[No. 29362-9-III.   Division Three.   May 17, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. OSCAR ALVAREZ DEL CASTILLO, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 10-1-00036-5, John E. Bridges, J., entered September 8, 2010. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Korsmo, C.J., concurred in by Brown and Siddoway, JJ.

[No. 29550-8-III.   Division Three.   May 17, 2012.]

SCOTT YOUNG ET AL., *Respondents*, v. ROBERT FRANK ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Spokane County, No. 08-2-02198-4, Jerome J. Leveque, J., entered November 16, 2010. *Affirmed in part* and *reversed in part* by unpublished opinion per Sweeney, J., concurred in by Brown and Kulik, JJ.

[No. 29765-9-III.   Division Three.   May 17, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL J. RICE, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 10-1-00443-6, Robert G. Swisher, J., entered March 10, 2011. *Affirmed* by unpublished opinion per Brown, J., concurred in by Korsmo, C.J., and Sweeney, J.

[No. 66916-8-I.   Division One.   May 21, 2012.]

JULIA S. SINEX, *as Personal Representative, Appellant*, v. WILLIAM L. BICE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-46732-3, Susan J. Craighead, J., entered March 17, 2011. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Spearman, A.C.J., and Cox, J.